FID 11088984

AO 442 (Rev. 11/11) (modified) Arrest Warrant

UNITED STATES DISTRICT COURT
for the
Eastern District of California

United States of America
v.

CEDAR SKY MONTGOMERY

*Defendant*

Case No. 2:24-mj-0021 JDP

Case: 1:24-mj-00069
Assigned to: Judge Faruqui, Zia M.
Assign Date: 2/21/2024
Description: ARREST RULE(5)

**SEALED**

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* CEDAR SKY MONTGOMERY

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 875(c)            Interstate Communication of Threats of Violence

Date: February 15, 2024 at 10:17 p.m

*Issuing officer's signature*

City and state: Sacramento, California

Jeremy D. Peterson, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 02/15/24, and the person was arrested on *(date)* 02/21/24
at *(city and state)* Washington, D.C.

Date: 02/21/24

*Arresting officer's signature*

_____, United States Magistrate Judge
*Printed name and title*